THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
John C. CUSKER, CSBN 148227
Special Assistant United States Attorney
333 Market St., Ste. 1500
San Francisco, Ca. 94105
Tel. (415) 977-8975
FAX: (415) 744-0134
Email: john.cusker@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE C. SANTOYO, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | EDCV 07-01671 (OP) <br><br> ORDER OF REMAND |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

Dated: August 15, 2008

_____

OSWALD PARADA

UNITED STATES MAGISTRATE JUDGE